Cite as 2020 Ark. 383

# SUPREME COURT OF ARKANSAS

IN RE AMENDED ADMINISTRATIVE
PLANS FOR THE TWENTY-FIRST AND
THE TWENTY-SECOND JUDICIAL
CIRCUITS; AND ADDENDUM TO
ADMINISTRATIVE PLAN FOR THE
TWELFTH JUDICIAL CIRCUIT

**Opinion Delivered:** November 19, 2020

## PER CURIAM

Administrative Order No. 14 requires an administrative plan to facilitate the best use of the available judicial and support resources within each circuit so that cases will be resolved efficiently and promptly. Pursuant to Administrative Order No. 14, amended administrative plans have been submitted by the Twenty-First Judicial Circuit and the Twenty-Second Judicial Circuit. The amended administrative plans submitted by these circuit courts have been approved as submitted. Both amended administrative plans are effective January 1, 2021.

Additionally, an addendum to administrative plan has been submitted by the Twelfth Judicial Circuit. The addendum to administrative plan submitted by this circuit court has been approved as submitted and is effective as of November 12, 2020.